**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  05-cr-00543-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    ROBERT K. LUCERO,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


     This will confirm that a supervised release violation hearing regarding Defendant Lucero is set **Monday, November 21, 2011 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.


Dated:  October 11, 2011

_____